UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220 Fax (410) 962-6836

May 29, 2020

MEMORANDUM TO COUNSEL

    Re:    *Derek Mulder v. Reliance Standard Life Insurance*
             Civil No. CCB-20-1003

Dear Counsel:

    Now that an answer has been filed in this case, I would appreciate it if counsel would confer about an appropriate schedule for dispositive motions in this case and also whether a settlement conference with a Magistrate Judge would be helpful before such motions are filed. Please provide a status report by June 9, 2020.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge